UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:23-cr-14 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| ROSS A. RINKES | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 10] recommending that the Court: (1) accept Defendant's guilty plea to Count One of the three count Information; (2) adjudicate Defendant guilty of making and subscribing a false U.S. Individual Income Tax Return, Form 1040, in violation of 26 U.S.C. § 7206(1); and (3) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 8] pending sentencing or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 10] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the three count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of making and subscribing a false U.S. Individual Income Tax Return, Form 1040, in violation of 26 U.S.C. § 7206(1);

3. Defendant shall remain **OUT OF CUSTODY** subject to the Order Setting Conditions of Release [Doc. 8] pending further order of the Court or Defendant's sentencing

hearing which is scheduled to take place before the undersigned on **March 7, 2024, at 9:00 a.m**. **ET**.

**SO ORDERED.**

>*/s/ Charles E. Atchley, Jr.*
>**CHARLES E. ATCHLEY, JR.**
>**UNITED STATES DISTRICT JUDGE**

2